IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0925-RPM

BARBARA HENRY, on behalf of herself and as parent and next friend of CAITLIN BRADY,
MARK SIMON,
RUTHIE MCNAIR,
MAUREEN STEVENS,
VALERIE SCHLECHT,
FRANCESCA MAES,
DOMINO SERVICE DOGS, a Colorado Nonprofit Corporation, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Nonprofit Corporation,

    Plaintiffs,
v.

THE LAKESIDE PARK COMPANY and
TOWN OF LAKESIDE, COLORADO, including its POLICE DEPARTMENT,

    Defendants.

_____

## ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

Upon reassignment of this civil action and this Court's case management procedures, it is

ORDERED that the July 8, 2015, scheduling/planning conference set before Magistrate Judge Craig B. Shaffer is vacated.

DATED:   June 30th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge