IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-0925-RPM

BARBARA HENRY, on behalf of herself and as parent and next friend of CAITLIN BRADY,
MARK SIMON,
RUTHIE MCNAIR,
MAUREEN STEVENS,
VALERIE SCHLECHT,
FRANCESCA MAES,
DOMINO SERVICE DOGS, a Colorado Nonprofit Corporation, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Nonprofit Corporation,

    Plaintiffs,
v.

THE LAKESIDE PARK COMPANY and
TOWN OF LAKESIDE, COLORADO, including its POLICE DEPARTMENT,

    Defendants.

_____

ORDER GRANTING MOTION FOR REASONABLE ACCOMMODATIONS
_____

Pursuant to the Plaintiffs' Unopposed Motion for leave for Reasonable Accommodations, asking that proceedings in this civil action be relocated to either the Arraj Courthouse or the Rogers Courthouse, and that after conferring with the Clerk of this Court, Courtroom A201 on the second floor of the Alfred A. Arraj Courthouse will better accommodate the special needs for this case.  Accordingly, when plaintiffs' counsel telephones this chambers as required in Procedural Order Number One, arrangements will be made to set the date and time for the scheduling conference in that courtroom.

DATED: June 30th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge