IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00925-RPM

BARBARA HENRY, on behalf of herself and as parent and next friend of CAITLIN
    BRADY,
MARK SIMON,
RUTHIE MCNAIR,
MAUREEN STEVENS,
VALERIE SCHLECHT,
FRANCESCA MAES,
DOMINO SERVICE DOGS, a Colorado Nonprofit Corporation, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Nonprofit Corporation,

    Plaintiffs,

v.

THE LAKESIDE PARK COMPANY, and
TOWN OF LAKESIDE, COLORADO, including its POLICE DEPARTMENT,

    Defendants.

---

**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW ALL CLAIMS OF PLAINTIFF VALERIE SCHLECHT**

---

IT IS HEREBY ORDERED that Plaintiffs' Motion for to Withdraw All Claims of Plaintiff Valerie Schlecht [Doc No. 34] is GRANTED.

September 1st, 2015

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch
                                Senior District Judge