IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00925-RPM

BARBARA HENRY, on behalf of herself and as parent and next friend of CAITLIN BRADY,
MARK SIMON,
RUTHIE MCNAIR,
MAUREEN STEVENS,
FRANCESCA MAES,
DOMINO SERVICE DOGS, a Colorado Nonprofit Corporation, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Nonprofit Corporation,

     Plaintiffs,
v.

THE LAKESIDE PARK COMPANY, and
TOWN OF LAKESIDE, COLORADO, including its POLICE DEPARTMENT,

     Defendants.
_____

ORDER RE: PLAINTIFFS' SECOND UNOPPOSED MOTION TO AMEND COMPLAINT
_____

     IT IS HEREBY ORDERED that Plaintiffs' Second Unopposed Motion to Amend Complaint is GRANTED.

     IT IS FURTHER ORDERED that the proposed Second Amended Complaint [Doc. No. 36-2] is accepted for filing as of today's date.

     DATED:  September 9th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge