**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00925-RPM

BARBARA HENRY, on behalf of herself and as parent and next friend of CAITLIN BRADY,
MARK SIMON,
RUTHIE MCNAIR,
MAUREEN STEVENS,
FRANCESCA MAES,
DARIN BOGGS,
DOMINO SERVICE DOGS, a Colorado nonprofit corporation, and
COLORADO CROSS-DISABILITY COALITION, a Colorado nonprofit corporation,

      Plaintiffs,

v.

THE LAKESIDE PARK COMPANY, and
TOWN OF LAKESIDE, COLORADO including its POLICE DEPARTMENT,

      Defendants.

---

**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY**

---

THIS MATTER COMING before the Court upon the parties Joint Motion to Stay Discovery and the Court having reviewed the Motion, Responses and Replies, and being otherwise fully advised in the premises, does hereby order that the parties Joint Motion to Stay Discovery is granted.

WHEREFORE, as of the date of this Order this Court enters a stay of proceedings in this action pending a request by one or more of the parties to lift the stay.

DATED this 9th day of November, 2015.

                            BY THE COURT:
                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge